FILED
2009 Nov-11 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MARK ANDERSON,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:09-CV-01879-UNAS-LSC** |
| **NORTHLAND GROUP, INC.,** | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL
OF ALL CLAIMS AGAINST NORTHLAND GROUP, INC.**

Plaintiff Mark Anderson and Defendant Northland Group, Inc., by and through their undersigned counsel, stipulate and agree that this action may be dismissed **with prejudice**, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 11 day of November, 2009.

One of the Attorneys for Plaintiff Mark Anderson

**OF COUNSEL:**

Michael W. Lindsey, Esq.
John C. Hubbard, Esq.
Lindsey Law Firm, LLC
One Perimeter Park Dr., Ste. 330 N
Birmingham, AL 35243
Tel: (205) 970-2233
mlindsey@lindseylaw.net
johnchubbard@gmail.com

One of the Attorneys for Defendant
Northland Group, Inc.

**OF COUNSEL:**

Sean W. Shirley
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
sshirley@balch.com
jtompkins@balch.com

**CERTIFICATE OF SERVICE**

I herby certify that on this 11 day of November, 2009, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to all counsel of record listed below:

Sean W. Shirley
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
sshirley@balch.com
jtompkins@balch.com

Of Counsel